be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

STANDARD LIME COMPANY, Respondent, v. DE BELLIS REALTY CORPORATION and Others, Appellants. THE PRUDENCE COMPANY, INC., Respondent, v. DE BELLIS REALTY CORPORATION and Others, Appellants. GIBRALTER CREDIT CORPORATION, Appellant, v. DE BELLIS REALTY CORPORATION and Others, Appellants; BERTRAND ETTINGER, Receiver, Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

STANDARD LIME COMPANY, Respondent, v. DE BELLIS REALTY CORPORATION and Others, Appellants. THE PRUDENCE COMPANY, INC., Respondent, v. DE BELLIS REALTY CORPORATION and Others, Appellants. GIBRALTER CREDIT CORPORATION, Appellant, v. DE BELLIS REALTY CORPORATION and Others, Appellants; BERTRAND ETTINGER, Receiver, Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

JOSEPH WALDMAN, on Behalf of Himself and Other Stockholders Similarly Situated, Respondent, v. HENRY M. SUSSWEIN and Others, Appellants; MAURICE RUBINGER and Others, Defendants.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

CARRIE T. WILLIAMS, Appellant, v. ROGER Q. WILLIAMS, Respondent. (Appeal No. 1.) — Motion to dismiss appeal granted and appeal dismissed, without costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

CARRIE T. WILLIAMS, Appellant, v. ROGER Q. WILLIAMS, Respondent. (Appeal No. 2.) — Motion to dismiss appeal granted and appeal dismissed, without costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

YERKS & Co., INC., Respondent, v. CARMELA SARNO, as Executrix, etc., of ACHILLO SARNO, Deceased, and JAMES SARNO, Appellants.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

ANSONIA BAKERY, INC., Respondent, v. WILMAX OPERATING CORPORATION, Defendant; LOFT, INC., Appellant.— Motion for stay denied upon condition that appellant perfect the appeal for Monday, January 4, 1932 (for which day the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

JOSEPH DeMATTEIS, Appellant, v. JASPER JONES, Respondent; COMMISSIONER OF EDUCATION, Amicus Curiæ.— Motion for leave to file a brief *amicus curiæ* granted. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

ANNA ZUBRITSKY, Respondent, v. STEPHEN ZUBRITSKY, Appellant.— Motion to require defendant to furnish security for the payment of costs and alimony denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Appellant, Relative to Acquiring Title Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee, to the Lands, Tenements and Hereditaments Required